# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

LLOYD MOXLEY,                              )
                                          )
              Plaintiff,          )
                                          )
v.                                        )          Case No. CIV-17-74-R
                                          )
KLOECKNER METAL                           )
CORPORATION, A Foreign For                )
Profit Business Corporation               )
                                          )
            Defendant.          )
                                          )

## STIPULATION OF DISMISSAL

COME NOW the Plaintiff, Lloyd Moxley, by and through his attorney of record, Joshua S. Turner, and the Defendant, Kloeckner Metal Corporation, a Foreign For Profit Business Corporation, by and through its attorney of record, Elaine R. Turner, and pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), hereby stipulate to a dismissal of all of Plaintiff's claims and causes of action in the above styled and numbered case with prejudice, each party to bear his or its own attorney's fees and costs.

Dated this 21st day of February, 2018.

APPROVED:

/s/ Joshua S. Turner
Eugene K. Bertman, OBA #19406
Joshua S. Turner, OBA #22321
TTB LAW
219 East Main Street
Norman, Oklahoma 73069
Telephone:  (405) 364-8300
Facsimile:   (405) 364-7059
Attorneys for Plaintiffs


/s/ Elaine R. Turner
(*Signed by Plaintiff's attorney with permission of Defendant's attorney*)
Elaine R. Turner, OBA #13082
Lindsay N. Kistler, OBA #32814
HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON P.C.
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
Telephone: (405) 553-2828
Facsimile:   (405) 553-2855
Attorneys for Defendant